**Dismissed and Memorandum Opinion filed March 26, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00085-CR

**PRESTON ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1604381**

## MEMORANDUM OPINION

Appellant entered a guilty plea to possession of less than one gram of methamphetamine and pleaded true to previous convictions for unauthorized use of a motor vehicle and for felony theft. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b)